40 F.3d 1240
 Metropolitan Pittsburgh Crusade for Voters, Smith (Thomas
E.), Bridges (Florence), Holmes (Roy A.), Plato (Reginald
D.), Saxon (Issac J.), Jones (Claude J.), Wade (Issac),
Suber (Ronald L.), Ross (Marshall), Citizens' Committee for
Full and Fair Employment
v.
City of Pittsburgh, Penna., Caliguiri (Richard), Depasquale
(Eugene), Woods (Ben), Pollock (Mark), Masloff (Sophie),
Maddoff (Michelle), Givens (Richard), Grabowski (Stephen),
Wagner (Jack), O'Malley (James),
 NO. 94-3091
 United States Court of Appeals,
Third Circuit.
 Oct 26, 1994
 
 Appeal From: W.D.Pa., No. 86-cv-00173,
 Ziegler, J.
 
 
 1
 AFFIRMED.